■ CHALLETTE, INC., Respondent, v. ELIZABETH LEEDS, Appellant.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.